928

No. 918, Misc. KING *v.* WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 923, Misc. GOMEZ *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 290, Misc. SCULL *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 793, Misc. SMITH *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stephen F. Lichtenstein* for petitioner. *Guy W. Calissi* for respondents.

No. 731, Misc. BAREFIELD ET AL. *v.* BYRD, REGIONAL MANAGER, VETERANS ADMINISTRATION CENTER, ET AL. Motion for leave to file a supplement to the petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Oliver W. Cosey* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.

No. 533, October Term, 1962. DYER *v.* MURRAY, TRUSTEE, ET AL., 371 U. S. 949, 373 U. S. 905, 375 U. S. 892. Motion for leave to file a third petition for rehearing denied.

No. 348. BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY ET AL. *v.* DAVIS ET AL., 375 U. S. 894; and

No. 265, Misc. SULLIVAN *v.* UNITED STATES, 375 U. S. 910. Motions for leave to file petitions for rehearing denied.